IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Lewis T. Babcock

Civil Action No. 08-cv-00442-LTB
Criminal Action No. 06-cr-00290-LTB

UNITED STATES OF AMERICA,

v.

JAIME HUMBERTO MARTINEZ-MARTINEZ,

    Movant.

---

ORDER

---

After preliminary consideration of Movant's motion to vacate, set aside, or correct the sentence imposed by this Court, it is now

ORDERED that the United States Attorney on or before   March 26  , 2008, shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

Dated:   March 6, 2008

BY THE COURT:

  s/Lewis T. Babcock
LEWIS T. BABCOCK
United States District Judge